12 FEB 15 PM 3:27

                                                                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2011 Grand Jury

| UNITED STATES OF AMERICA, | ) Case No. '12 CR 0540 JLS |
|---|---|
| Plaintiff, | ) **I N D I C T M E N T** |
| v. | ) Title 8, U.S.C., Sec. 1326(a) and (b) - Attempted Entry After Deportation |
| ENRIQUE RODRIGUEZ-LOPEZ, | ) |
| Defendant. | ) |

The grand jury charges:

On or about January 3, 2012, within the Southern District of California, defendant ENRIQUE RODRIGUEZ-LOPEZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Section 1326(a) and (b).

//

EJK:vp:San Diego
2/14/12



It is further alleged that defendant ENRIQUE RODRIGUEZ-LOPEZ was removed from the United States subsequent to May 6, 2010.

DATED: February 15, 2012.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
EMILY J. KEIFER
Assistant U.S. Attorney

2