Attorney Name and Address:

Brian J. White
4320 Iowa Street
San Diego, CA 92104

PHONE: (619) 280-8022

_____ RETAINED    x  APPOINTED


FILED
AUG 17 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE Sammartino

COURT REPORTER Gayle Wakefield

UNITED STATES OF AMERICA                )
                                        )
                                        )   CASE NO. 12CR0540-JLS
                                        )
                                        )   NOTICE OF APPEAL   (Criminal)
          vs.                           )
                                        )
ENRIQUE RODRIQUEZ-LOPEZ                 )
                                        )
                                        )

    Notice is hereby given that      ENRIQUE RODRIQUEZ-LOPEZ    ,
defendant/plaintiff above named, hereby appeals to the United States Court of Appeals for the
Ninth Circuit from the:    (check one)
( ) Final Judgment
(✓) Sentence Only (sentence imposed) 84 Months
( ) Order (describe) _____
entered in this proceeding on the ___10___ day of ___August___ , ___2012___
If a government appeal: Was the filing of this appeal approved in accordance with 18 U.S.C.
§3742(b)(4) _____ Yes _____ No

Date: 8/14/2012                              _____
                                                   Signature

Transcripts required*   x   Yes _____ No

Date (✓) Indictment   ( ) Information Filed: _____2/15/12_____
Bail status _____
Will there be a request to expedite the appeal?      _____ Yes _____ No
(Note: This does not alleviate the requirement of filing a motion to expedite which must be done in
accordance with FRAP 27).

* If transcript(s) required, a transcript designation and ordering form must be completed and the
court reporter(s) contacted to make arrangements for transcription.

K:\COMMON\CSA\forms\2005\appeal_crim.wpd Nov 16, 2009